Original,  LSCongerCrt VAOct2019Two

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 2 9 2023

NATHAN OCHSNER
CLERK OF COURT

# ..UNITED STATES DISTRICT COURT,. . . . . . . . . . . .

## ..Southern District of Texas 600 E. Harrison St., #101, Brownsville, TX 78520 . . .

**Phone: 956-548-2500, sandra_espinoza@txs.uscourts.gov U.S. Marshal 956-548-2519**

B-23-144

**.. JUDGE: Federico Rodriguiz;        Case: Civil Action 1:21 -cv- 00148,**

**\*SEALED\***

**Jury Trial is demanded. This Lawsuit submitted under "Confidential SEAL"**

**This Lawsuit was previously dismissed without prejudice by Judge Federico Rodriguez.**

**This lawsuit, Civil Action 1:21 -cv- 00148, is resubmitted and refiled in this court, by Plaintiff Kenneth MacKenzie, date of 29 September 2023. Plaintiff Kenneth MacKenzie is disabled as medically diagnosed by US Veterans Affairs Department that explains Plaintiff Kenneth MacKenzie is permanently one hundred percent (100%) disabled from Agent Orange related Cancers and heart conditions described as 1. "Coronary Artery Disease (CAD)," and 2. "Ischemic Heart Attack Damage with a large shadow bruise under his heart consistently detected by EKG and MRI tests. MacKenzie is prescribed 120 MG of Heart Isosorbide medicine daily and Heart Nitroglyceryn,"as needed," for heart Angina pain and Heart Attack prevention. MD Anderson Hospital Patient Kenneth MacKenzie, Patient number 1225338, was "Proton Beam Radiation" treated at MD Anderson Hospital, Houston, TX, Year 2021, for 3 Squamous Cell Malignant Cancer tumors, caused by Agent Orange Chemicals in the combat War**

of Vietnam, two malignant 3.5 CM tumors under right jaw and one malignant 3.5

CM tumor under right tongue, all at stage 4.  **MD Anderson Hospital Patient**

**number 1225338, Kenneth MacKenzies,** Suffers extreme daily fatigue from

**MD Anderson Hospital** Radiation aftermath treatment that has damaged

MacKenzie's jawbone to such an extent that he faces the possibility of fatal

"Osteo Necrosis," (catastrophic bone rot) which will continue as a threat for

years; and must take Morphine for radiation aftermath pain in mouth and jaw.

Morphine causes drowsiness and the combined effect of Radiation caused

fatigue and Morphine drowsiness  as a  consequence of *VIETNAM AGENT*

*ORANGE WAR COMBAT INJURIES,* caused by Agent Orange Chemicals in the

combat War of Vietnam, makes it impossible for MacKenzie to write his lawsuit

litigation in a timely manner for this court as he frequently falls asleep at his

computer and loses work time! **Therefore,** MacKenzie is substantially disabled

within the meaning of the *"Americans with Disability Act"* as a US Army Veteran

suffering *VIETNAM AGENT ORANGE WAR COMBAT INJURIES,* caused by

Agent Orange Chemicals in the combat War of Vietnam and hereby requests

assistance from this court to find or appoint a lawfirm that can litigate this lawsuit

before this court in a timely manner.

¶ 1} **TABLE OF THIS LAWSUIT'S CONTENTS** – REDACTED CASE B-21-148:

This court action is a Civil Lawsuit that also cites crime offense information that

alleges several crimes against the national security of the United States have

been perpetrated by Defendants as described in this lawsuit Complaint, which

should be investigated by United States Grand Juries and investigated by States

Grand Juries to determine if indictments should be issued regarding

DEFENDANTS' "BLACKLISTING" Wrongdoings against Plaintiff 1,  US Army

Veteran Kenneth MacKenzie, who is herein listed as a "BLACKLISTING VICTIM"

impacted by the following Complaint information:

. . {Table #1} DEFENDANTS' activity of applying "BLACKLISTING" violations of

{1}(A) "Texas Penal Code § 22.04 – Denial of Medical Care,"   . . . ¶ 12} p 8

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

. . { Table #2} DEFENDANTS' activity of applying "BLACKLISTING" violations of

{2}{A} Title 18, U.S.C., Section 241 - Conspiracy Against Rights, . . . ¶ 16}

Pg 11

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

. . { Table #3} DEFENDANTS' activity of applying "BLACKLISTING" violations of

{3}{A}  "Title 18 USC § 242 – Depravation of Rights Under Color of Law,"

. . . APPENDIX #5, Exhibit #5,  Pg 38   . . . . . . . . . . . . . . .

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

:

. . { Table #4} DEFENDANTS' activity of applying "BLACKLISTING" violations of

{4}{A}  Title 18, U.S.C., Section 245 - Federally Protected Activities. . . .

APPENDIX #8, Exhibit #8. . . . .Pg 39

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

:                                                              . . {

Table #5} DEFENDANTS' activity of applying "BLACKLISTING" violations of {5}{A} COUNT I - BATTERY, (Under 28 U.S.C. § 1605A(c) and State Common Law), {5} . ¶ 11} . . . .Pg 8

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

. . {Table #6} DEFENDANTS' activity of applying "BLACKLISTING" violations of {6}{A} . . . . . . . . . . . . . . . . . . . . . . . ¶ 16} , Pg 11          . .

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

.{Table #7} DEFENDANTS' activity of applying "BLACKLISTING" violations of {7}{A} COUNT II- ASSAULT, (Under 28 U.S.C. § 1605A(c) and State Common Law), . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . ¶ 18} . . ¶ 19}  . .Pg 12

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

.{Table #8} DEFENDANTS' activity of applying "BLACKLISTING" violations of {8}{A} . . . . . . . . COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and  State  Common Law) . . . . . ¶ 21}  . . .Pg 13. . ¶ 25}  . . Pg 16. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

{Table #9} DEFENDANTS' activity of applying "BLACKLISTING" violations of {9}{A} . . . . . . . . COUNT IV INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS,  INCLUDING  SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law), . . . ¶ 29}  Pg 20. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . Table #10} DEFENDANTS' activity of applying "BLACKLISTING" violations of

{10}{A}. . COUNT V- **ACTION FOR CONSPIRACY & WRONGFUL DEATH**, (Under 28 U.S.C. § 1605A(c) and State Common Law and State Statutory Law), .¶ 31} . pg 22. . . . . ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼

∴{Table #11} DEFENDANTS' activity of applying "BLACKLISTING" violations of {11}{A}. . . . . COUNT VI- **ACTION FOR SURVIVAL DAMAGES**, (Under 28 U.S.C. § 1605A(c) and State Common Law and State Statutory Law), . ¶ 33} Pg 24. . . . . . . . . . . . ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼

∴{Table #12} DEFENDANTS' activity of applying "BLACKLISTING" violations of {12}{A}. . . . . COUNT VII- ACTION FOR CONSPIRACY (Under 28 U.S.C. § 1605A(c) and State Common Law (As to All Plaintiffs), . ¶ 36. .Pg 26 . . . . . . . . . . . . . . . . . . .∴ ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼-. .

{Table #13} DEFENDANTS' activity of applying "BLACKLISTING" violations of {13}{A}. . . . . COUNT VIII- **ACTION FOR AIDING AND ABETTING**, (Under 28 U.S.C. § 1605A(c), . ¶ 40}. . Pg 29 . . ,PG 30 . . .. . . . . . . . . . . . . . . . . . . . . ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼

{Table #14} DEFENDANTS' activity of applying "BLACKLISTING" violations of {14}{A}. . . . . . 28 U.S.C.§1605A(c) (As to All Plaintiffs), All of the acts of Defendant 1, USVAMC DeBakey Hospital Policeman Conger. . . . ¶ 41} . . . . . . . . . . . . . . . . . . . . . . . . . ———— ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼

{Table #15} DEFENDANTS' activity of applying "BLACKLISTING" violations of {15}{A}. . . . . . - 28 U.S.C.§1605A(c) (As to All Plaintiffs), . . .Pg 53 . . . . . . . . . . . . . . . . . . . ┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼┼

{Table #16} PUNITIVE DAMAGES: DEFENDANTS' activity of applying

"BLACKLISTING" violations of {16}{A}. . . PUNITIVE DAMAGES, (Under 28 USC

1605A(c), P.L. 104-208, 110 Stat. 3009-172), (As to All Plaintiffs). ¶ 44}  Pg 32, . . Pg

33. . .       :⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

{Table #17}  List of  PLAINTIFFS . . . ¶ 2}. . . Pg 4

:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

{Table #18}  List of  Defendants . . . ¶ 3} . . . Pg 4

:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

{Table #19}  List of WITNESSES . . . ¶ 4} . . . Pg 4

:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

{Table #20}  List of INTERESTED PARTY WITNESSES: ¶ 4}, ¶ 5}  . . Pg 5.

:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

{Table #21}  #1. BRIEF PREFACE  OF THIS LAWSUIT:. . . .  ¶ 6}. Pg 6.

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

¶ 2} List of  PLAINTIFFS:

 (1) Plaintiff 1, US Veteran Kenneth MacKenzie, (2) Plaintiff 2,Julieta MacKenzie

{wife of Kenneth MacKenzie}, (3) Plaintiff 3, Matthew MacKenzie {son of Kenneth

MacKenzie}, (4) Plaintiff 4, Andrew MacKenzie {son of Kenneth MacKenzie},

Plaintiffs  :⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:⋮:

¶ 3} List of  DEFENDANTS:

Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2,

USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC

DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendant 9, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas,

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

## ¶ 4} List of WITNESSES:

Witness 1, USVAMC, DeBakey Hospital, Houston, Texas): Witness 2, USVAMC DeBakey Hospital Primary Care NASA Clinic Nurse, Josephine Palacios,  Witness 3, *United States Marshal - T. Michael O'Connor - US Courthouse, Houston, Southern District of Texas*, Witness 4, Homero Martinez, Director, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas, Witness 5, Hugo Martinez, US Veterans Affairs Medical Center Secretary (USVAMC) Harlingen Hospital, Harlingen, Texas, Witness 6, US Veterans Affairs Administration Secretary, Washington, DC, Witness 7, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas,

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

## ¶ 5} List of INTERESTED PARTY WITNESSES:

Interested Party Witness 1. Cesar Menchaca, Brother of US Army PFC Kristian Menchaca, Interested Party Witness 2. Pedro Menchaca, Father of US Army PFC Kristian Menchaca, Interested Party Witness 3. Maria 'Lupe' Vasquez, Mother of

US Army PFC Kristian Menchaca 4. Eighteen members of US Army PFC Kristian

Menchaca Family residing in USA and Mexico.  ¶ 5} , Pg 7

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

¶ 6}. . #1. BRIEF PREFACE  OF THIS REDACTED LAWSUIT, CASE NUMBER B-21-

148: This current Lawsuit, 30 Sep 2021, is a 'REDACTION' of Kenneth

MacKenzie's previously filed US District Court, Brownsville, Texas, Lawsuit, Case

Number B-21-148,  filed as "Sealed," dated 27 Sep 2020, that had several errors,

which needed to be redacted, and are now 'redacted,' 30 Sep 2021, in today's

updated refiling of Case Number B-21-148. This Lawsuit Case Number B-21-148 is

urgently filed as "Life Saving Litigation" in an effort to save lives of Crime Victim

U.S. Department of Veterans Affairs Military Veterans victimized by denial of

Medical Care operated by U.S. Department of Veterans Affairs operating what

resembles a 'Black Listing system' against US Military Veterans that is so

extensively life destructive against US Veterans that it became a topic of much

criticism announced several times by US President Trump who 'UNDERSTATED'

the body count of 350,000 dead US Veterans negligently denied US Veterans

Administration Medical Care, prior to his term in Office.  US Veterans

Administration denied Medical Care continues to kill US Veterans during the

current time of 2021. US and State Prosecutors must convene Grand Juries to

investigate the continuing fatal Crimes of denied Medical Care against United

States Veterans, felony violations of US Crime Codes and State Penal Codes .

Grand Juries must also investigate al Qaeda Drug Armies asymmetric Terrorism

influence of the Illicit Drug Trade accounting for approximately ten percent of  US

Economy substantially supporting US disadvantaged minorities with al Qaeda Drug Army control of US criminal Black Market Economy growing larger by the day. **THEREFORE**, Plaintiff, US Army Veteran Kenneth MacKenzie requests assistance from this court to find or appoint a lawfirm that can litigate this 'counter-terrorism' lawsuit before this court in a timely manner.

¶ 7}. . #2. BRIEF PREFACE  This Lawsuit is filed by Pro Se Litigant, US Army Veteran Kenneth MacKenzie, defined as One Hundred Percent Permanently Disabled by USVAMC Veterans Affairs Department, this Suit filed as "Life Saving Litigation" in an effort to save lives of Crime Victim U.S. Department of Veterans Affairs Military Veterans' 'similarly situated U.S. Crime Victim Families attacked by al Qaeda Terrorists homicidally operating against U.S. Department of Veterans Affairs Military Veteran U.S. Crime Victim Families inside the USA, victimized by al Queda Terrorism Drug Armies, targeted by Al Queda Drug Army Mercenaries and further targeted by Al Qaeda Drug Army hired US Street Gang Militias, identified by US DEA as operating 'Terrorism- crime attacks, inside and outside the United States, and operating 'Terrorism- crime attacks against said U.S. Crime Victim Families and against said U.S. Military Crime Victim Veterans receiving Medical Treatment and care at USVAMC Hospitals and Clinics throughout the United States and her territories. THEREFORE, Plaintiff, US Army Veteran Kenneth MacKenzie requests assistance from this court to find or appoint a lawfirm that can litigate this lawsuit before this court in a timely manner.

¶ 8} #3. BRIEF PREFACE  Furthermore, this Lawsuit is filed as "Life Saving Litigation" in an effort to save lives of "Terrorism- attacked,' similarly situated

U.S. Crime Victim Families, attacked by al Qaeda Terrorists operating inside and
outside the United States. THEREFORE, Plaintiff, US Army Veteran Kenneth
MacKenzie requests assistance from this court to find or appoint a lawfirm that
can litigate this lawsuit before this court in a timely manner.

¶ 9} #4. BRIEF PREFACE   This Lawsuit litigation is Submitted under
"TEMPORARY SEAL" in an effort to "Save-The-Lives-of-US-Army-PFC-Kristian-
Menchaca-Family" and "Save-The-Lives-of-US-And-European-Ambassadors"
from Demonstrating Protestors in US-and-United Kingdom (UK), and European
embassies of PAKISTAN, Turkey, Egypt, Yemen, Greece, Sudan, Tunisia, India,
Indonesia, in Benghazi, Libya and in Tripoli, Libya, in Asia, in Africa, and in
Middle East. THEREFORE, Plaintiff, US Army Veteran Kenneth MacKenzie
requests assistance from this court to find or appoint a lawfirm that can litigate
this lawsuit before this court in a timely manner.

¶ 10}. #5. BRIEF PREFACE   . If Plaintiffs are ignored or prevented to litigate this,
herein, life saving crime complaint information in US District Courts, Plaintiffs, to
save their lives and to save lives of US Ambassadors and save lives of European
Ambassadors, Plaintiffs must immediately file this life saving crime complaint
information in other courts of Texas and file Criminal Crime Complaints
identifying United States Embassy and European embassy archived documents
that are defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST
EXTENT') in other courts of Pakistan, defamatory under Koranic Sharia Law
('PUNISHABLE TO THE SEVEREST EXTENT') in other courts of Turkey, and
defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST

EXTENT') in Courts of Saudi Arabia, defamatory under Koranic Sharia Law

('PUNISHABLE TO THE SEVEREST EXTENT') in Courts of Egypt, in Courts of

Yemen, in Courts of Greece, defamatory under Koranic Sharia Law

('PUNISHABLE TO THE SEVEREST EXTENT') in Courts of Sudan, defamatory

under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Courts

of Tunisia, in Courts of India, in Courts of Indonesia, defamatory under Koranic

Sharia Law ('PUNISHABLE TO THE SEVEREST EXTENT') in Courts of Kuwait,

defamatory under Koranic Sharia Law ('PUNISHABLE TO THE SEVEREST

EXTENT') in Courts of Benghazi, Libya and defamatory under Koranic Sharia Law

('PUNISHABLE TO THE SEVEREST EXTENT') in Courts of Tripoli, Libya, in Courts

of Asia, and in Courts of Africa, and defamatory under Koranic Sharia Law

('PUNISHABLE TO THE SEVEREST EXTENT') elsewhere in Courts of Middle East;

**THEREBY**, a great interest will develop in the majority of passionately political

people in said foregoing countries to protest against the United States

Ambassadors, and protest against United Kingdom (UK) Ambassadors and

protest against European Ambassadors staffing embassies archiving said

documents that are defamatory under Koranic Sharia Law ('PUNISHABLE TO THE

SEVEREST EXTENT') in these countries, to such an extent that their US and

European State Departments will certainly need to take action to evacuate,

abandon, and *VOLUNTARILY 'DISMANTLE'* those disgraced embassies that

hold offending documents that are defamatory under Koranic Sharia Law in their

archives ('PUNISHABLE TO THE SEVEREST EXTENT'). SEE:

https://mail.google.com/mail/u/0/?tab=rm&ogbl#search/Turkey/FMfcgzGljvKtRkxb

mWmZxQVkMBkwtMJK . THEREFORE, Plaintiff, US Army Veteran Kenneth MacKenzie requests assistance from this court to find or appoint a lawfirm that can litigate this lawsuit before this court in a timely manner.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

¶ 11} COUNT I - BATTERY (Under 28 U.S.C. § 1605A(c) and State Common Law), Plaintiffs, (1) Plaintiff 1, US Veteran Kenneth MacKenzie, (2) Plaintiff 2,Julieta MacKenzie {wife of Kenneth MacKenzie}, (3) Plaintiff 3, Matthew MacKenzie {son of Kenneth MacKenzie}, (4) Plaintiff 4, Andrew MacKenzie {son of Kenneth MacKenzie} repeat, reallege and incorporate  by reference those facts and allegations set forth in all the foregoing paragraphs  as if fully set forth herein. On 01 Oct 2019, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas  willfully, violently and forcefully committed Criminal acts during the arrest of USVAMC diagnosed One Hundred Percent {100%} Permanently Disabled  US Army Veteran Kenneth MacKenzie, with the express  purpose of inflicting damage, injury, pain and suffering against said One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

¶ 12} The willful, unjust and intentional acts of wrongful assault against One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, who had requested VA Police to respond to DeBakey Urology Clinic, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital to  take MacKenzie's  Crime

complaint violation reports of {1} Texas Penal Code 22.04 – Denial of Medical

Care, {2} 18 USC § 1512 – Tampering, {3} 18 USC § 1513 - Retaliation {4}

Blacklisting, which is comprised of violations of 18 U.S.C. §2339A and §2339B;

{5} 18 USCA  § 13 Assimilated Crimes Act  (ACA).                              ÷

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

¶ 13} Upon their arrival at DeBakey Urology Clinic, US VA Policeman Conger 372

and USVAMC DeBakey Hospital US VA Policeman Erazos 4643, ignored

MacKenzie's foregoing crime complaints of {1} Crime complaint violations of

Texas Penal Code 22.04 – Denial of Medical Care against Defendant USVAMC

DeBakey Hospital Management in Houston, ignored MacKenzie's foregoing crime

complaints Crime complaint violations of Texas Penal Code 22.04 {2} against US

Veterans Affairs Secretary Denis McDonough, {3} ignored MacKenzie's foregoing

Crime complaint violations of Texas Penal Code 22.04 against and Chief Urology

Clinic Clerk MacDonald, which USVAMC-DeBakey-Hospital-Police ignored in

violation of Texas Penal Code Section §22.04 – Denial of Medical Care crimes

and :+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

÷

said USVAMC-DeBakey-Hospital-Police ignored said US Title 18 United States

Code Crimes and thereby allowed said US Title 18 United States Code Crimes to

operate as unchallenged and allowed and sponsored by all Defendants, and said

US Title 18 United States Code Crimes constituted a Battery by means of

Defendants applying severely depraved Neglect of USVAMC Medical Care denied

against the person of USVAMC diagnosed One Hundred Percent {100%}

Permanently Disabled  US Army Veteran Kenneth MacKenzie, diagnosed by USVAMC DeBakey Hospital with 1.} Agent Orange Malignant Melanoma Cancer, 2.} Agent Orange Basal Cell Carcinoma Cancer (diagnosed by UTMD Anderson Hospital) , 3.}  Unknown Cause 65% Prostate Cancer, 4.} Agent Orange Squamous Cell Carcinoma Cancer, 5} Agent Orange Ischemic Heart Attack damage to Heart, 6.} Agent Orange Coronary Artery Disease ('CAD) thereby  causing injury to him as set forth above and as set forth in the following allegations.

:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:

¶ 14} Defendants, Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazos 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Employee, Female, Age 25, Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendant 9, US Veterans Affairs Medical Center (USVAMC) Harlingen Hospital, Harlingen, Texas, Defendants,  performed acts within the scope of their respective offices which provided material support and sponsorship to All Defendants and their wrongful activities, including but, not limited to, the denial of Medical Care, and operated Blacklisting against One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie

:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:

Original,  LSCongerCrt VAOct2019Two                              Page  15

¶ 15} COUNT I : As a direct and proximate result of the willful, wrongful and intentional acts of Defendants 1 through 9 and the other Wrong Doers, which acts were materially supported and sponsored by Defendant US Veterans Affairs Department, as well as materially supported and sponsored by Defendant US Department of Justice and Defendant US Department of Defense, and Defendant US Veterans Affairs Department Secretary and Others, said One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie was injured by VA Policeman Conger 372  and VA Policeman Erazos 4643, in that One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie endured extreme mental anguish, endured physical injury to US Veteran Kenneth MacKenzie's Heart, and endured suffering, all to increase MacKenzie's Heart damage more than it was previously damaged.

¶ 16} COUNT I: WHEREFORE, Plaintiffs, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie},  demand that judgment be entered, jointly and severally, against all Defendants for the damages Plaintiffs suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this Count I, and Plaintiffs' costs expended.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

¶ 17} COUNT II- ASSAULT: (Under 28 U.S.C. § 1605A(c) and State Common Law), 114.  Plaintiffs repeat, reallege and incorporates by reference those facts and

allegations set forth in all the forgoing paragraphs as if fully set forth herein.

:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:

¶ 18}  During the murders of Laurence Foley, Matt Maupin and Kristian Menchaca,

"CO COUNT UNT II- Pg 20 ASSAULT: 110.  Plaintiffs repeat, reallege and

incorporate  by reference those facts and allegations set forth in all the foregoing

paragraphs  as if fully set forth herein.

:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:

¶ 19}  The willful, wrongful and intentional acts of US Veterans Affairs Medical

Center (USVAMC) DeBakey Hospital Policeman Conger 372  and USVAMC

DeBakey Hospital Policeman Erazos 4643, who were sponsored by all

Defendants, grasping MacKenzie's Arm constituted a battery upon the person of

One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie

causing stress-fear injury and stress heart injury pain to MacKenzie's Agent

Orange Ischemic Heart Damage Condition, diagnosed by USVAMC, Harlingen and

USVAMC Cardio Clinic, McAllen, Texas, May 2020, as a "Shadow Bruise Damage"

on the bottom of MacKenzie's heart and diagnosed as Coronary Heart Disease

from exposure to poisonous Vietnam Agent Orange damage and Vietnam Combat

Stress established when the North Vietnam Army overran and occupied Qui

Nhon, Vietnam with many combat atrocities during January 1968, as set forth

above and set forth in this document.  USVAMC DeBakey Hospital VA Policeman

Conger 372  and USVAMC DeBakey Hospital VA Policeman Erazos 4643 violated

Title 18, U.S.C., Section § 241, violated Title 18, U.S.C., Section § 242, and violated

Title 18, U.S.C., Section § 245 when they wrongfully arrested US Army Veteran

Kenneth MacKenzie, 01 Oct 2019, and, thereby, denied him Medical Care in

violation of Texas Penal Code Section 22.04 – Denial of Medical Care – at

USVAMC DeBakey Hospital, Houston, Texas. US Army Veteran Kenneth

MacKenzie will petition this court to appoint a Prosecutor to convene a Grand

Jury to investigate said several crime violations  by  VA Policeman Conger 372

and VA Policeman Erazos 4643. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:

¶ 20}  COUNT II- ASSAULT: 110.  Plaintiffs repeat, reallege and incorporate  by

reference those facts and allegations set forth in all the foregoing paragraphs  as

if fully set forth herein., 111.  On 01 Oct 2019, US Veterans Affairs Medical Center

(USVAMC) DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey

Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas

willfully, violently and forcefully  committed wrongful Criminal acts during the

arrest of One Hundred Percent {100%} Disabled  US Army Veteran Kenneth

MacKenzie, with the express  purpose and result of inflicting damage, injury, pain

and suffering against disabled US Veteran Kenneth

MacKenzie.

:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:!:

¶ 21}  COUNT II- ASSAULT:  On 01 Oct 2019, US Veterans Affairs Medical Center

(USVAMC) DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey

Hospital Policeman Erazos 4643 of USVAMC DeBakey Hospital, Houston, Texas

willfully, violently and forcefully  committed Criminal acts during the arrest of One

Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, with the

express  purpose and result of inflicting damage, injury, pain and suffering

against US Veteran Kenneth MacKenzie.

¶ 22}  US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital Policeman

Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643 of USVAMC

DeBakey Hospital, Houston, Texas  intentionally and willfully put One Hundred

Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie in heightened

fear for his Cancer damaged Prostate Condition as a result of being denied

DeBakey Urology Clinic medical Specialist Urology Doctor's care by reason of

interference of Conger's (372) and Erazo's (4643) custody hands-on  arrest of US

Army Veteran Kenneth MacKenzie, who had not perpetrated any crime offense

whatsoever, other than request VA Police  presence at DeBakey Urology Clinic

for purpose of making a Report to DeBakey VA Police Department that DEBakey

Urology Administrative Clerks, MacDonald and Clark, had denied US Army

Veteran Kenneth MacKenzie access to a DeBakey Urology Clinic medical

Specialist Urology Doctor's care in violation of Texas State Penal Code Section §

22.04 – "Denial of Medical Care," applied by both DEBakey Urology

Administrative Clerks, MacDonald and Clark, ignoring that MacKenzie was a

returning Urology Patient at the same DeBakey Urology Clinic wherein MacKenzie

had been diagnosed with Prostate Cancer and prescribed Finistride medication

for the rest of MacKenzie's life, year 2013, by the Chief Doctor at  said DeBakey

Urology Clinic, that both DeBakey Hospital Policeman Conger 372  and USVAMC

DeBakey Hospital Policeman Erazos 4643 wrongfully ignored and instead

responded by unnecessarily applying "assaultive hands-on-force" while arresting

US Army Veteran MacKenzie with 'DeBakey VA Police applied assaultive Force,' while US Army Veteran MacKenzie was the Victim of DEBakey Urology Administrative Clerks, MacDonald's and Clark's, applied violation of Texas State Penal Code Section § 22.04 – Denial of Medical Care – of Army Veteran MacKenzie's previously diagnosed Prostate Cancer, diagnosed 2013 with medication prescribed for life, at USVAMC DeBakey Hospital Urology Clinic. Neither of DEBakey Urology Administrative Clerks, MacDonald and Clark, consulted MacKenzie's Cancer medical history of record at DEBakey Hospital. DEBakey Urology Administrative Clerks, MacDonald and Clark, appeared to have denied US Army Veteran Kenneth MacKenzie, a White Caucasian, DeBakey Urology Clinic medical Specialist Urology Doctor's care in violation of Texas State Penal Code Section § 22.04 – "Denial of Medical Care" to a class of US Military Veterans, who are generally described as of "White Caucasian" USA Citizens. "White Caucasians" constitutes the majority of the people in the United States. As of the 2020 Census, 61.6%, or 204,277,273 people, were white alone.

¶ 23}  US Army Veteran Kenneth MacKenzie, a White Caucasian, believes it is appropriate to question whether DEBakey Urology Administrative Clerks, MacDonald and Clark were aware of any DEBakey Hospital attitudes alleged as being wrongfully or lopsidedly applied toward any racial group at DEBakey Hospital. THEREFORE, Plaintiff, US Army Veteran Kenneth MacKenzie requests assistance from this court to find or appoint a lawfirm that can litigate this lawsuit before this court in a timely manner.

¶ 24}  US Army Veteran Kenneth MacKenzie has experienced increased stress from his wrongful and unnecessary arrest by USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC Policeman Erazos 4643; and MacKenzie has further experienced apprehension of harm and injury as a direct result of the USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643 ' actions in physical force and mental stress they inflicted upon One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie to deny him Prostate Cancer follow-up care in a timely manner at USVAMC Urology Clinic, DeBakey Hospital, Houston, to determine if MacKenzie's Prostate Cancer had 'Metastasized' to other parts of his body.

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

¶ 25}  As a direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643, which acts were materially supported and sponsored by USVAMC DeBakey Hospital, acts materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, then  One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie  was injured in that MacKenzie endured extreme mental anguish, physical injury and pain in his Agent Orange damaged Heart and endured pain suffering in his damaged Heart, all to MacKenzie's damage. In fact, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie  is diagnosed as 100 % permanently disabled from exposure to Vietnam Agent

Orange Poisons and Post Traumatic Stress Disorder (PTSD) resulting from eye-witnessing combat atrocities when the North Vietnam Army overran and occupied Qui Nhon, Vietnam, where MacKenzie was stationed during North Vietnam's infamous Tet Mau invasion of South Vietnam.

¶ 26}  WHEREFORE, Plaintiff, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, demand that judgment be entered, jointly and severally, against the Defendants for the damages One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie and all Plaintiffs, US Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie} individually suffered, including, but not limited to, pain, suffering, mental anguish,  and pecuniary losses, in the amount of   TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this COUNT II ,and their costs expended.

:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:+:

¶ 27}  COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and State  Common Law), Plaintiffs  repeat, reallege and incorporate by reference those facts and allegations set forth in all the foregoing paragraphs as if fully set forth herein, against  USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643, which acts were materially supported and sponsored by USVAMC DeBakey Hospital, acts

materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US Federal Government employees. USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643willfully, violently and forcefully committed forceful Arrest  acts "AGAINST"  One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie at DeBakey Hospital Urology Clinic, Houston, Texas during arrest Acts by USVAMC DeBakey Hospital Policeman Conger 372  and USVAMC DeBakey Hospital Policeman Erazos 4643, which Acts were materially supported and sponsored by USVAMC DeBakey Hospital, Acts materially supported and sponsored by US Veterans Affairs Department , as well as the direct and proximate result of the willful, wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US Federal Government employees, with the express consequence of inflicting  severe pain and suffering and Ischemic Heart stress "AGAINST"  One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie at DeBakey Hospital.

¶ 28}  One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie was seized, escorted with force from the Second Floor Clinics, DeBakey Hospital,  to the First Floor of Primary Care at DeBakey Hospital  and held for nearly an hour  respectively  against his will.  The willful, wrongful and intentional  acts of Defendant USVAMC DeBakey Hospital Policeman Conger 372 and Defendant USVAMC DeBakey Hospital Policeman Erazos 4643, which Acts were materially supported and sponsored by Defendant USVAMC DeBakey

Hospital, Acts materially supported and sponsored by Defendant US Veterans

Affairs Department , as well as the direct and proximate result of the willful,

wrongful and intentional acts of USVAMC DeBakey Hospital Police Force, US

Federal Government employees, which were sponsored  by all Defendants,

constituted false imprisonment and false UNNECESSARY ARREST  upon the

person of One Hundred Percent {100%} Disabled  US Army Veteran Kenneth

MacKenzie, causing  injury to him as set forth above.

¶ 29}  Defendants Defendant USVAMC DeBakey Hospital Policeman Conger 372

and Defendant USVAMC DeBakey Hospital Policeman Erazos 4643, performed

acts within the scope of their office, which materially supported  and sponsored

said UNNECESSARY False ARREST  upon the person of One Hundred Percent

{100%} Disabled  US Army Veteran Kenneth MacKenzie, causing  injury to him as

set forth above

¶ 30}  As a direct and proximate  result of the willful, wrongful  and intentional

acts of Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 ,

Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3,

USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey

Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC

DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants, which

acts were materially, supported  and sponsored  by Defendant 6, US Veterans

Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs

Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical

Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendants, One Hundred

Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie was injured in that MacKenzie endured extreme mental anguish, physical Assault Force disruption  and mental pain and suffering, all to Disabled  US Army Veteran Kenneth MacKenzie's damage.

¶ 31}  . . WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie} Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie} individually demand that judgment be entered, jointly and severally, against the Defendants for the damages Plaintiffs suffered, including, but not limited to, pain, suffering, mental anguish, and pecuniary  losses, in the amount of TEN MILLION  ($10,000,000.00) DOLLARS  for each of them, on this COUNT III- FALSE IMPRISONMENT AND KIDNAPPING, (Under 28 U.S.C. § 1605A(c) and  State  Common Law), and their costs expended.

¶ 32}  COUNT IV INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS, INCLUDING  SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs),

¶ 33}   . . Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, repeat, reallege and incorporate  by reference those facts and allegations set forth in all of the forgoing paragraphs as if fully set forth.

¶ 34}  The INTENTIONAL INFLICTION, OF EMOTIONAL DISTRESS,  INCLUDING SOLATIUM (Under 28 U.S.C. § 1605A(c) and State Common Law) (As to All Plaintiffs),  and each and all of the acts set forth above, constitute extreme  and outrageous conduct with the intent to inflict emotional distress, including solatium,  upon Plaintiffs and the members of their families.   Further these acts were undertaken for the purpose of causing mental duress and suffering, including solatium,  upon the members of their families. As a direct result and proximate result of the willful, wrongful and intentional acts of Defendant 1, USVAMC DeBakey Hospital Policeman *CONGER* 372 , Defendant 2, USVAMC DeBakey Hospital Policeman *ERAZO* 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee *MACDONALD*, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk *CLARK,* Female, Age 25, Defendants, which acts were materially supported and sponsored by which acts were materially, supported  and sponsored  by Defendant 6, *US VETERANS AFFAIRS DEPARTMENT*, Washington, DC, Defendant 7, *US VETERANS AFFAIRS DEPARTMENT SECRETARY,* Washington, DC, Defendant 8, *US VETERANS AFFAIRS MEDICAL CENTER (USVAMC) DEBAKEY HOSPITAL,* Houston, Texas, Defendants, against Plaintiffs and their families, as above set forth, who were each caused to suffer permanent and severe emotional distress.

¶ 35}  WHEREFORE, . . Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff,

Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf

of the Estate of Kenneth MacKenzie, demand that judgment be entered, jointly

and severally, against Defendants for the damages Plaintiffs suffered, including,

but not limited to, pain, suffering, mental anguish, and pecuniary losses, in the

amount of TEN MILLION ($10,000,000.00) DOLLARS, for each of them, on this

Count IV, and their costs expended;

¶ 36}  COUNT V- ACTION FOR CONSPIRACY (Under 28 U.S.C. § 1605A(c) and

State Common Law) (As to All Plaintiffs), 137.  Plaintiffs repeat, reallege and

incorporate by reference those facts and allegations set forth in each of the

foregoing  paragraphs as if fully set forth.,

¶ 37}    Defendants,  Defendant 1, USVAMC DeBakey Hospital Policeman Conger

372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant

3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC

DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5,

USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25,

Defendants did knowingly  and willfully conspire  with and/or  agree to sponsor

28 U.S.C. § 1605A operations by Defendant 6, US Veterans Affairs Department,

Washington, DC, Defendant 7, US Veterans Affairs Department Secretary,

Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC)

DeBakey Hospital, Houston, Texas, Defendants acting as a Crime Perpetrator

organization within the meaning of 28 U.S.C. § 1605A, Defendants conspiring and

operating crime violations of 18 U.S.C.A. § 1962(c) - RICO Act, and  conspiring

and operating crime violations of 18 USC § 2339A and USC § 2339B, Counter

Terrorism Act,  which incorporates 18 USC §1961 – RICO Act, et. seq. . which

Crime Perpetrator organization within the meaning of 28 U.S.C. § 1605A, willfully

and deliberately  committed an act within the meaning of 28 U.S.C. § 1605A -

violence, which caused the personal injuries of Plaintiff, One Hundred Percent

{100%} Disabled  US Army Veteran Kenneth MacKenzie, for the reasons stated

above, and having conspired  to sponsor the 28 U.S.C. § 1605A as a Foreign

Sovereign Immunity Act {FSIA} violating US government crime organization

which willfully and deliberately  committed  an act of Terrorism (28 U.S.C. § 1605A

- Violations of US Foreign Sovereign Immunity Act – 'FSIA') which caused, the

personal injuries of Plaintiff, One Hundred Percent {100%} Disabled  US Army

Veteran Kenneth MacKenzie,, thereby Defendants,  Defendant 1, USVAMC

DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey

Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police

Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic

Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology

Clinic Clerk Clark, Female, Age 25, Defendants "AND" Defendant 6, US Veterans

Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs

Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical

Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendants acting as Crime

Perpetrator organizations within the meaning of 28 U.S.C. § 1605A,  are jointly

and severally liable to Plaintiffs for all damages in this civil action.

¶ 38} WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled  US Army

Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth

MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff,

Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf

of the Estate of Kenneth MacKenzie, demand that judgment be entered, jointly

and severally, against Defendants in, the amount of TEN MILLION

($10,000,000.00) DOLLARS for each of them, on this, COUNT V, and their costs

expended.

¶ ¶39}  COUNT VI- ACTION  FOR AIDING AND ABETTING, (Under 28 U.S.C. §

1605A(c) and State  Common  Law and State Statutory Law) (As to All Plaintiffs);

Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth

MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff,

Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie

{son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of

Kenneth MacKenzie, Plaintiffs repeat, reallege and incorporate by reference those

facts and allegations set forth in each of the foregoing paragraphs as if fully set

forth.  Defendants did knowingly and willfully provide substantial assistance to

and sponsor a 28, U.S.C. FSIA (terrorist) organization within the meaning of 28,

U.S.C. § 1605A, which terrorist organization willfully and deliberately committed

an act of terrorism, which caused the personal injuries of Plaintiffs.  For the

reasons stated above, and having aided and abetted a terrorist organization

which willfully and deliberately committed an act of terrorism which caused, the

personal injuries of Plaintiffs, all Defendants are jointly and severally liable to

Plaintiffs for all damages in this civil action.

¶ 40} WHEREFORE, Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, Plaintiffs on behalf of the Estate of Kenneth MacKenzie. Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth.

¶ 41}  . . Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, Andrew MacKenzie {son of Kenneth MacKenzie}, individually, demand that judgment be entered, jointly and severally, against Defendants in, the amount of TEN MILLION ($10,000,000.00) DOLLARS for each of them, on this, Count VI, and their costs expended.,

¶ 42}  COUNT VII- 28 U.S.C.§1605A(c) (As to All Plaintiffs),  Plaintiffs  repeat,  re-allege and incorporate by reference those facts  and allegations set forth in all the foregoing paragraphs as if fully set forth herein. In addition, the acts of assaulting Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, and  each  and all  of  the  acts  set forth  above, constituted  extreme and outrageous conduct with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Plaintiff, One Hundred Percent {100%} Disabled  US Army Veteran Kenneth MacKenzie, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable

to terrorism} with the intent to emotional distress upon Julieta MacKenzie {wife of Kenneth MacKenzie}, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Matthew MacKenzie {son of Kenneth MacKenzie}, Plaintiff, with the intent to inflict unlawful violence and intimidation {comparable to terrorism} emotional distress upon Andrew MacKenzie {son of Kenneth MacKenzie} and with the intent to inflict emotional distress, including solatium, upon members of their families. Further, these acts were undertaken with the intent to inflict unlawful violence and intimidation {comparable to terrorism} for the purpose of causing severe mental duress and suffering, including solatium damages, upon the members of their families.

¶ 43}    The willful, wrongful and intentional acts of Defendants,  Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants "AND" Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendants, acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A,

AND"

¶ 44}    Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant

7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US

Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas,

Defendants acting as Crime Perpetrator organizations within the meaning of 28

U.S.C. § 1605A,   were sponsored and directed by Defendant 6, US Veterans

Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs

Department Secretary, Washington, DC, and US Department of Justice and US

Department of Defense, as well as the FBI, US Department of Justice. .As a direct

and proximate result of the willful, wrongful and intentional acts of Defendant 6,

US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans

Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs

Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, Defendants acting

as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, ,

whose acts were materially supported, sponsored, aided and directed  by

Defendants against Plaintiffs,  and  Plaintiff  families , Plaintiffs endured extreme

mental anguish, physical injury and pain and suffering, all to their damage.

¶ 45}    WHEREFORE, Plaintiff, US Veteran Kenneth MacKenzie , and each of

them, on behalf of the estates and heirs of US Veteran Kenneth MacKenzie and all

of  US Veteran Kenneth MacKenzie's family  members, listed above,  demand  that

judgment  be entered,  jointly  and  severally,  against  Defendants  for  the

damages  Plaintiffs  suffered, including, but not limited to, pain, suffering, mental

anguish, and pecuniary losses, in the amount  of  ONE HUNDRED  MILLION

($100,000,000.00)  US Dollars  for  each  of them, on this COUNT VII, and their

costs expended; as to each of their, mothers, father, sisters, brothers, daughters, spouses and sons above named, above in the amount of TEN MILLION DOLLARS ($10,000,000.00) for each and every one of them, on this Count VII, and their costs expended, including attorneys' fees.

¶ 46}   COUNT VIII- PUNITIVE DAMAGES, (Under 28 USC 1605A(c), P.L. 104-208, 110 Stat. 3009-172), (As to All Plaintiffs),

Plaintiffs repeat, reallege and incorporate by reference those facts and allegations set forth in each of the foregoing paragraphs as if fully set forth.  The actions of Defendants, as above set forth, were intentional and malicious  and, in willful, wanton and reckless disregard of the rights and well being of all Plaintiffs.

¶ 47}   All of the acts of Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A,   were sponsored and directed by Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, and US Department of Justice and US Department of Defense, as well as the FBI, US Department of Justice.

¶ 48}   ..As a direct and proximate result of the willful, wrongful and intentional acts of Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant

7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, were facilitated by funding, training,  and other material support,  resources and sponsorship  from  Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas, as well as the Defendants Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC,

¶ 49}    Said Defendants Defendant 6, US Veterans Affairs Department, Washington, DC, Defendant 7, US Veterans Affairs Department Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center (USVAMC) DeBakey Hospital, Houston, Texas rendered material support to Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 , Defendant 2, USVAMC DeBakey Hospital Policeman Erazo 4643, Defendant 3, USVAMC DeBakey Hospital Police Force Agency, Defendant 4, USVAMC DeBakey Hospital, Chief Urology Clinic Clerk, Employee MacDonald, Defendant 5, USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25, Defendants acting as Crime Perpetrator organizations within the meaning of 28 U.S.C. § 1605A, unlawful violence and intimidation {comparable to terrorism} actually carrying out said unlawful violence and intimidation {comparable to terrorism} acts above described.

. ¶ 50}    . . USVAMC DeBakey Hospital VA Policeman Conger 372  and USVAMC

DeBakey Hospital VA Policeman Erazos 4643 violated  Title 18, U.S.C., Section §

241, violated Title 18, U.S.C., Section § 242, and violated Title 18, U.S.C., Section §

245 when they wrongfully arrested US Army Veteran Kenneth MacKenzie, 01 Oct

2019, and, thereby, denied him Medical Care in violation of Texas Penal Code

Section 22.04 – Denial of Medical Care – at USVAMC DeBakey Hospital, Houston,

Texas. US Army Veteran Kenneth MacKenzie will petition this court to appoint a

Prosecutor to convene a Grand Jury to investigate said several crime violations

by  VA Policeman Conger 372 and VA Policeman Erazos 4643.

¶ 51}   Punitive Damages Under 28 U.S.C. § 1605A(c),  the Plaintiffs  are entitled

to an award of economic damages, solatium, pain and suffering, and punitive

damages,  and same is hereby requested against the Defendants, jointly and

severally, in accordance with the provisions of 28 U.S.C. § 1605A(c) making both a

state that has been designated as a "state sponsor of terrorism" under § 6G) of

the Export Administration Act of 1979, and an official, employee, or agent of such

a state, liable for economic damages, solatium,  pain, and suffering, and punitive

damages.  As required  by 28 U.S.C. § 1605A(c).

¶ 52}   COUNT VIII, punitive damages:  Each of Defendant 6, US Veterans Affairs

Department, Washington, DC, Defendant 7, US Veterans Affairs Department

Secretary, Washington, DC, Defendant 8, US Veterans Affairs Medical Center

(USVAMC) DeBakey Hospital, Houston, Texas was acting within the scope of his

respective office, employment or agency  when he supplied, facilitated or

authorized the provision of material support  or resources  and the execution  of

its unlawful violence and intimidation {comparable to terrorism} and material

support to Defendant 1, USVAMC DeBakey Hospital Policeman Conger 372 ,

material support to Defendant 2, USVAMC DeBakey Hospital Policeman Erazo

4643, material support to Defendant 3, USVAMC DeBakey Hospital Police Force

Agency, material support to Defendant 4, USVAMC DeBakey Hospital, Chief

Urology Clinic Clerk, Employee MacDonald, material support to Defendant 5,

USVAMC DeBakey Hospital, Urology Clinic Clerk Clark, Female, Age 25,

Defendants acting as Crime Perpetrator organizations within the meaning of 28

U.S.C. § 1605A, unlawful violence and intimidation {comparable to terrorism}

actually carrying out said  unlawful violence and intimidation {comparable to

terrorism}  acts above described. All Defendants are jointly and severally liable to

Plaintiffs for all damages.                                    :·:·:·:·:·:·:

:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:·:

¶ 53}    WHEREFORE,  Plaintiff, One Hundred Percent {100%} Disabled Plaintiff,

US Army Veteran Kenneth MacKenzie, Plaintiff, Julieta MacKenzie {wife of

Kenneth MacKenzie}, Plaintiff Matthew MacKenzie {son of Kenneth MacKenzie},

Plaintiff Andrew MacKenzie {son of Kenneth MacKenzie}, demand that judgment

be entered, jointly and severally, against Defendants in the amount of  THREE

HUNDRED MILLION US DOLLARS ($300,000,000.00) for each act of unlawful

violence-and-intimidation {comparable to terrorism} on this Count VIII, and their

costs expended as related to this Count VIII: 'The award of punitive damages,' as

requested, is to punish Defendants for their conduct in supporting unlawful

violence-and-intimidation {comparable to terrorism} and the unlawful violence-

and-intimidation {comparable to terrorism} acts described herein, and to send a message to Defendants and others that the United States of America and its citizens respond to the lawless acts of terror and murder with the application of orderly justice.

:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:.:

¶ 54} . . Thus, in cited COUNT I {"Count One"} through cited COUNT VIII {"Count Eight"} of this 'Civil Litigation Complaint Document, 'Said' DeBakey Hospital Policeman Conger and USVAMC DeBakey Hospital Policeman Erazos of USVAMC DeBakey Hospital, Houston, Texas, {1} violated "Texas Penal Code § 22.04 – Denial of Medical Care,"  and {2} violated "18 USC § 242 – Depravation of Rights Under Color of Law," when they wrongfully arrested US Veteran Kenneth MacKenzie, against his will, at USVAMC DeBakey Hospital, Urology Clinic and prevented US Veteran Kenneth MacKenzie, against his will,  from obtaining Medical Care for his "USVAMC diagnosed *Sixty Five Percent (65%) Likely Prostate Cancer"* at USVAMC DeBakey Hospital, Urology Clinic Houston, Texas," against his will, on 01 Oct 2019, thereby life-endangering US Veteran Kenneth MacKenzie's life from USVAMC DeBakey Police denied USVAMC DeBakey Hospital Urology Clinic Medical Care to treat his Prostate Cancer with appropriate medications and further diagnose any "Dangerous Life-Threatening 'Metastases development of 'Secondary Malignant Cancer Growths' at a distance from the primary site of MacKenzie's Prostate Cancer 'Abnormal-Ridge-Tumor-Growth' on his Prostate," and further diagnose any "Dangerous Life-Threatening 'Metastases Spread' Of Tumor Size Increase," and DeBakey Policemen Conger and Erazos

effectively denied any possibility of timely 'Urology Specialist Doctor Medical

care, whatsoever, on 01 October 2019, to further diagnose any spread of his

Prostate Cancer into 'a measurable higher percentage rate of increased growth

spread size of his Cancer,'  whatsoever, at USVAMC DeBakey Hospital Urology

Medical Specialty Clinic by reason of their wrongful Custodial Arrest  of US

Veteran Kenneth MacKenzie on 01 Oct 2019.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

¶ 55}. . The 1.} US Veterans Affairs Department,  the 2} US Justice Department,

the 3}  the US State Department  , the 4}  US Defense Department in their

violations of Texas Penal Code Section § 22.04 – Denial of Medical Care – against

the members of the US Army PFC Kristian Menchaca Terrorism Crime Victim

Family and in their violations of 18 USC Section § 241, violations of 18 USC

Section § 242, violations of 18 USC Section § 245, against the Family of US Army

PFC Kristian Menchaca are treating US Terrorism Crime Victim Families, like the

Family of US Army PFC Kristian Menchaca, as if US Terrorism Crime Victim

Families are assigned the same 18 USC Crime Code classification to be treated as

US Title 18, Section § 1961, et. seq.  – RICO Act - "Crime Racketeering Enterprise

Families," like Drug Dealing Motorcycle Gang Families.

¶ 56}. Title 18, U.S.C., Section § 241 - Conspiracy Against Rights. This statute

makes it unlawful for two or more persons to conspire to injure, oppress,

threaten, or intimidate any person of any state, territory or district in the free

exercise or enjoyment of any right or privilege secured to him/her by the

Constitution or the laws of the United States, (or because of his/her having exercised the same).

¶ 57}. Title 18, U.S.C., Section § 242 - Deprivation of Rights Under Color of Law. This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S. This Title 18, U.S.C., Section 242 law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

¶ 58}. Certain Acts under "COLOR OF ANY LAW":

*Certain Acts under "COLOR OF ANY LAW"* include acts not only done by federal, state, or local officials within the bounds or limits of their lawful authority, but also acts done without and beyond the bounds of their lawful authority; provided that, in order for unlawful acts of any official to be done under "COLOR OF ANY LAW," the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties. This definition includes, in addition to law enforcement officials, individuals such as Mayors, Council persons, *Judges*, Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs. See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes

¶ 59}. 18 USC Section § 245 - FEDERALLY PROTECTED ACTIVITIES. See:

https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes , 1) This

statute prohibits willful injury, intimidation, or interference, or attempt to do so,

by force or threat of force of any person or class of persons . . . ;  thus, One

Hundred Percent Disabled US Army Veteran Kenneth MacKenzie, a member of the

US Army PFC Kristian Menchaca Family, is Blacklisted when he visits US

Courthouse to file his Counter Terrorism Lawsuits and is frequently Blacklisted-

Denied Medical Care when he seeks Medical Care from US Veterans Affairs

Department USVAMC Hospitals, such as USVAMC, DeBakey Hospital in Houston,

Texas for medical care of his Vietnam Agent Orange Caused and Traumatic

Combat Stress  Caused damaged Heart Conditions. . .

¶ 60}. "THE THREAT OF CONTINUITY": . . Another example cited by the Court is

that the threat of continuity may be established by showing that the predicate

acts or offenses are part of an ongoing entity's regular way of doing business.

THEREFORE, Plaintiff, US Army Veteran Kenneth MacKenzie requests assistance

from this court to find or appoint a lawfirm that can litigate this lawsuit before this

court in a timely manner.

. . ¶ 61} US Veterans Affairs Department Body Count Compared to Adolph Hitlers

Death Camp Body Counts of WW2

. . ¶ 62} ADDITIONAL RELIEF REQUESTED: Plaintiffs request leave of Court to

amend this Complaint as the interests of justice require.

DATED 30  Sep 2021 Respectfully, Submitted,

Original,  LSCongerCrt VAOct2019Two                                    Page  40

**Printed name: Kenneth MacKenzie**

**eSignature: S / Kenneth MacKenzie**

**Hand Signature:** *Kenneth MacKenzie*

**ADDRESS: 109 Sacramento River Dr., Brownsville, Texas 78520, e mail:**

**kenmackenzie2000@gmail.com , Phone 713 264 2782,**

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**APPENDIX , Exhibits:**

**APPENDIX #1, Exhibit #1,**

**SEE: Ethics and Integrity: us.marshals@usdoj.gov ;**

**https://www.usmarshals.gov/contacts/index.html;**

**https://www.usmarshals.gov/ethics/index.html**

The ethics program in the U.S. Marshals Service is administered by the Office of

General Counsel. Within the **Office of General Counsel** are members of the Ethics

Team who advise employees, provide ethics training, collect and review public and

confidential financial disclosure reports filed by employees required to complete such

reports on an annual basis, and complete ethics reports, as required, that are sent to

the Department of Justice and the Office of Government Ethics.

**Lisa Dickinson, General Counsel, Ethics and Integrity & Robert Marcovici, Ethics**

**Officer,: us.marshals@usdoj.gov ;**

**https://www.usmarshals.gov/contacts/index.html;**

**https://www.usmarshals.gov/ethics/index.html**

 **APPENDIX #2, Exhibit #2,**

**. ... US Drug Enforcement Agency Report on strength of 'asymmetric' Mexican**

**Drug Cartel Armies dominated by al Queda Drug Army Supply in USA to provide**

**distribution of al Queda Drugs to heavily armed USA Street Gang Drug Sales**

**Militias influencing 70% of USA Urban areas.**

**See:https://www.dea.gov/sites/default/files/2018-07/dir06515.pdf.**

**APPENDIX #3, Exhibit #3**

**https://www.investigativeproject.org/case/797/foley-et-al-v-syrian-arab-republic-**

**et-al Counter-Terrorism Complaint, Foley Vs. Syria, US District Court Case 1:11 CV**

**00699 (CRR) Washington, DC. APPENDIX #3, Exhibit #3**

**APPENDIX #4, Exhibit #4, See: CAUSE NO. 2021-DCL-03959: Juan M. Vasquez,**

**Plaintiff  v. Julieta Armandina Vasquez , Defendant in the 138th District Court**

**Judicial District, Cameron County,  Texas**

**APPENDIX #5, Exhibit #5, Then, {1} Brownsville Police Department and {2} Cameron County Sheriff's Department and {3} Us Department Of Homeland Security, and {4} Us Department Of Justice continued  their Blacklisting of applied Government Non-Feasance {Refusing to provide 18 USC 3521 – Relocation and Protection -} that operates as Terror of denied Protection from Terrorism operating in the USA by al Queda and its partner US Street Gang Drug Militias against the Menchaca Family for filing its Counter-Terrorism Complaint, Foley Vs. Syria, US District Court Case 1:11 CV 00699 (CRR) Washington, DC,  by continuing to ignore Julieta Armandina Vasquez MacKenzie's continued multiple Crime Complaints, during 2019, 2020, and 2021, that Maria Del Carmen Gonzales Vasquez, 91,  was a Victim of said assaults, which resulted in her Homicide death during November 2019.**

**APPENDIX #6, Exhibit #6,: . . Also See: Homeland Security DHS email: eMail Address Block: cpb.goes.support@dhs.gov , iprpolicyprograms@dhs.gov , ipr.helpdesk@dhs.gov ,  section508@state.gov , SOCR_direct@state.gov , CRCLOutreach@dhs.gov , crcl@dhs.gov , ics-cert@dhs.gov , hsin.helpdesk@dhs.gov  , mediainquiry@hq.dhs.gov ,**

**APPENDIX #7, Exhibit #7: 2021: NOTIFICATION TO POLICE { Interested Party, US Border Patrol & 'ICE'} OF HOMICIDE VICTIM LETTER #1, Dated: 22 Aug 2021**

**From Julieta Vasquez MacKenzie and Kenneth MacKenzie, kenmackenzie2000@gmail.com Phone: 956 801 5435;  713 264 2782:  To: US Immigration & Customs Enforcement, Date: 24 Aug 2021, 1 866 347 2423 ; Border Patrol Main Address: 1300 Pennsylvania Ave., NW. ...Phone Number: 1-202-325-8000.**

1-877-227-5511, **Email:** cpb.goes.support@dhs.gov , iprpolicyprograms@dhs.gov , ipr.helpdesk@dhs.gov , **OMB Control Number: 1653-0049, Expiration Date: 07/31/2023:** https://www.ice.gov/webform/ice-tip-form#edit-last-name-individual--rvV8--YUYJs ; *U.S. Department of State, Office of Inspector General, SA-39, 1700 North Moore Street, Arlington, VA 22209';* e-mail section508@state.gov ; Office Civil Rights: SOCR_direct@state.gov ; **Contact Section 508 Coordinators at** https://section508.gov/tools/coordinator-listing

**APPENDIX #8, Exhibit #8:  'US Marshall 'Blacklisting'  18 USC § 1512 – Tampering …, 18 USC § 1513 - Retaliation, 83}.  Blacklisting** is comprised of **18 U.S.C. §2339A and §2339B; 18 USC § 1512 – Tampering …, 18 USC § 1513 - Retaliation, Texas Penal Code, § 22.04 – Denial of Medical Care {also see: 18 USCA  § 13 - Assimilated Crimes Act   (ACA)}**

**{84}.   US Veteran Kenneth MacKenzie is: {{1}} 'unquestionably partially blacklisted' by US Marshalls Department {Evidence of 'US Marshall 'Blacklisting' occurs whenever US Veteran Kenneth MacKenzie is SURROUNDED BY us Marshalls & escorted to US Court Clerk's Office, Houston, TX, when filing Lawsuit Documents}, {{2}} Moreover, Kenneth MacKenzie 'appears to be partially blacklisted' by US Department of Veterans Affairs {US Department of Veterans Affairs Denied US Veteran Kenneth MacKenzie Medical Care on five occasions & 'arrested' US Veteran Kenneth MacKenzie twice as a 'walk-in Patient' at DeBakey USVAMC Hospital in Houston, TX by VA Police who denied Medical Care},**

APPENDIX #9, Exhibit #9:  Libya,  Muammar Gaddafi

https://www.arnoldporter.com/en/perspectives/publications/2021/01/can-you-be-sued-under-fsia

APPENDIX #10, Exhibit #10:

{85}.  US Veteran Kenneth MacKenzie *"appears to be partially blacklisted"* by Brownsville Police Department ('BPD') , as evidenced by 'BPD' not taking any investigative action, whatsoever, to investigate the "Assault & Battery Murder" of US Veteran Kenneth MacKenzie's mother in law, Maria Del Carmen Gonzales Vasquez, 91, mother of MacKenzie's wife, 'Defendant Julieta Armandina Vasquez' in Cameron County District Court, CAUSE NO. 2021-DCL-03959, misleadingly narrated by Homicide Suspect Juan M. Vasquez to his Attorney, Robert Mendoza, to write and author CAUSE NO. 2021-DCL-03959;

APPENDIX #11, Exhibit #11,

Adolph Hitler Death Camp Statistics

APPENDIX #12, Exhibit #12, US War Military Death Statistics

2,709,918 AMERICANS SERVED IN VIETNAM; 68.6% died; and, 31.4% are still alive:

 ..When the bodies of dead "Vietnam-Agent-Orange-Heart-Attack-Veterans are counted {According to the Us Department of Defense, more than 2,709,918 Americans served in Vietnam. Only 31.4% of Vietnam Vets are still alive. "Of the 2,709,918 Americans who served in Vietnam , less than 850,000 are estimated to be alive today},

**APPENDIX**

**#13, Exhibit #13,**                              **Cameron County District**

**Court, CAUSE NO. 2021-DCL-03959**

**Judge Gabriela Garcia, Court address: 974 E Harrison, Brownsville, TX 78520-**

**7123, Judge Gabriela Garcia eMail : Adriana.Munoz@co.cameron.tx.us**

**APPENDIX #14, Exhibit #14:**

**. . Thus, in cited Count I {"Count One"} through cited Count VII {"Count Eight"} of**

**this 'Civil Litigation Complaint Document, 'Said' DeBakey Hospital Policeman**

**Conger and USVAMC DeBakey Hospital Policeman Erazos of USVAMC DeBakey**

**Hospital, Houston, Texas, violated "Texas Penal Code § 22.04 – Denial of Medical**

**Care,"  and violated "18 USC § 242 – Depravation of Rights Under Color of Law,"**

**when they wrongfully arrested US Veteran Kenneth MacKenzie, against his will, at**

**USVAMC DeBakey Hospital, Urology Clinic and prevented US Veteran Kenneth**

**MacKenzie, against his will,  from obtaining Medical Care for his "USVAMC**

**diagnosed *Sixty Five Percent (65%) Likely Prostate Cancer"* at USVAMC**

**DeBakey Hospital, Urology Clinic Houston, Texas," on 01 Oct 2019, thereby life-**

**endangering US Veteran Kenneth MacKenzie's life from USVAMC DeBakey Police**

**denied USVAMC DeBakey Hospital Urology Clinic Medical Care to treat his**

**Prostate Cancer with appropriate medications and further diagnose any**

**"Dangerous Life-Threatening 'Metastases development of 'Secondary Malignant**

**Cancer Growths' at a distance from the primary site of MacKenzie's Prostate**

**Cancer 'Abnormal-Ridge-Tumor-Growth' on his Prostate," and further diagnose**

**any "Dangerous Life-Threatening 'Metastases Spread' Of Tumor Size Increase."**

And DeBakey Policemen Conger and Erazos effectively denied any possibility of timely 'Urology Specialist Doctor Medical care, whatsoever, on 01 October 2019

The 1.} US Veterans Affairs Department,  the 2}  US Justice Department, the 3} the US State Department  , the 4}  US Defense Department in their violations of Texas Penal Code Section § 22.04 – Denial of Medical Care – against the members of the US Army PFC Kristian Menchaca Terrorism Crime Victim Family and in their 18 USC Section § 241, violations of 18 USC Section § 242, violations of 18 USC Section § 245, against the Family of US Army PFC Kristian Menchaca are treating US Terrorism Crime Victim Families like the Family of US Army PFC Kristian Menchaca as if they are US Title 18, Section § 1961 Crime Racketeering Enterprise Families, like Drug Dealing Motorcycle Gang Families

Title 18, U.S.C., Section 241 - Conspiracy Against Rights. This statute makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same).

Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law. This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.

This Title 18, U.S.C., Section 242 law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes

Title 18, U.S.C., Section 245 - Federally Protected Activities. See: https://www.fbi.gov/investigate/civil-rights/federal-civil-rights-statutes ,

APPENDIX #15, Exhibit #15:

Motioned-Notice of Plaintiff's Disability regarding US Court's creation of unnecessarily burdensome requirement imposed on disabled US Court litigants, restricted by US Court to email notification requirement to US Court Created "PACER" system, which is comparitively complicated for operation as  US Court imposed on Disabled Pro Se US Court litigants who are 'officially' diagnosed by Competent US Veterans Affairs  Department, USVAMC,  as "One Hundred Percent Permanently Disabled." The 'NORMAL' world-wide usage of the US Court's standard 'Universal type email address,'  sandra_espinoza@txs.uscourts.gov  , should be allowed and not unnecessarily obstructed or eliminated by US Court at City of Brownsville, Texas..

## APPENDIX #15, Exhibit #15:

US Vietnam Veterans are, wrongfully, in bad faith, not notified by US Veterans Affairs

Department: For "TEN" years from 2010 to 2021, US Veterans Affairs

Department, wrongfully, in bad faith, did not inform US Veteran Kenneth MacKenzie that

his heart was in a condition of "Vietnam-Agent-Orange-Heart-Damage" and, wrongfully,

in bad faith, he did not receive US Veterans Affairs Department USVAMC prescribed

medication for his Vietnam-Agent-Orange-Heart-Damage until May 2020, a wrongfully,

bad faith, created period of TEN years from 2014 to 2020, that MacKenzie's heart

condition worsened due to lack of proper heart medication that the US Veterans Affairs

Department, wrongfully, in bad faith, withheld from his "Vietnam-Agent-Orange-Heart-

Damaged-Heart" while his heart continued to remain, wrongfully, in bad faith, untreated,

when his heart should have been receiving medication from 2014 through all TEN years

to May 2020 and continuing to the current time of May 2021.

2,709,918 AMERICANS SERVED IN VIETNAM; 68.6% died; and, 31.4% are still alive:

..When the bodies of dead "Vietnam-Agent-Orange-Heart-Attack-Veterans

are counted {According to the Us Department of Defense, more than

2,709,918 Americans served in Vietnam. Only 31.4% of Vietnam Vets are still alive. "Of

the 2,709,918 Americans who served in Vietnam , less than 850,000 are estimated to

be alive today}, said Veterans Affairs strategy appears as if US-Veterans-Affairs-

Department is applying what amounts to "Homicidal-Type-Medical-Care-Denials"

against US Veterans, who are "Vietnam-Agent-Orange-Heart-Damaged" Victims

apparently dying from "Vietnam-Agent-Orange-Heart-Attacks," without any US-

Veterans-Affairs- Department publicized forewarning that said US-Agent-Orange-Heart-

Veterans are in danger from their "Vietnam-Agent-Orange-Heart-Damage." MORE

Original,  LSCongerCrt VAOct2019Two                                    Page  49

THAN 2,709,918 AMERICANS SERVED IN VIETNAM, 68.6% died; and, 31.4% are still alive.

https://www.thenational.ae/world/mena/un-team-investigating-isis-crimes-in-iraq-calls-for-nuremberg-style-hearings-1.892291                                  .

**US Veterans Affairs Department Body Count Compared to Adolph Hitlers Death Camp Body Counts of WW2**

¶ 22.  The USVA Inspector Generals have cited statistics  that the high rate of Denied Medical Treatment at USVAMC Hospitals is responsible for the BODY COUNT OF 980, 000 DEAD US VETERANS, who died from USVAMC denied medical Treatment during the period of 1991 to 2018.

¶ 23.  Said body count total of 980, 000 US Veterans who died from denied USVAMC Medical Treatment at USVAMC Hospitals from the period of 1991 to 2019 is repeatedly described by US Government Veterans Affairs Department Inspector Generals who are US government Officials occupying positions in the US Government Veterans Affairs Department.

¶ 24.  **Said body count total of 980, 000 US Veterans who died from denied Medical Treatment at** USVAMC Hospitals from the period of 1991 to 2019 **was incrementally cited by the following named US Government Veterans Affairs Department *Inspector Generals in increments during their term of office*  :**

**{13} USVA *Inspector General* Michael Missal May 2, 2016, *see description at* https://www.wikiwand.com/en/Office_of_Inspector_General_(United_States)**

¶ 25.  1. {ONE} The BODY COUNT OF 980, 000 DEAD US VETERANS is such a large number of dead US Veterans {1} who died after being denied timely medical care and {2} who died after being additionally denied "ANY" medical Care, whatsoever, to address life threatening illnesses, like Cancers of Veterans denied medical treatment in the Phoenix, Arizona, Veterans Hospital, which eventually took their lives that this statistic OF 980, 000 DEAD US VETERANS must be heard by US and Fifty State Grand Juries for purposes of considering and issuing Indictments against those responsible for the homicides of the 980, 000 DEAD US VETERANS at said US Government Veterans Affairs Department.

¶ 26.  2. {TWO} Said 980,000 Dead US  Veteran Bodies are 60,000 more Dead US  Veterans Bodies mathematically compared to Hitler's Auschwitz Death Camp Murders of 920,000 Europeans and Jews.

¶ 27.  . . .Said 980,000 Dead US  Veteran Bodies can be described in metaphor as dead US Veterans stretching from Washington, DC, to Los Angeles, California Beach, then stretching for miles into the Pacific Ocean.

¶ 28.  3. {THREE} These 980,000 dead US Veterans denied timely medical treatment since 1991 in the US Veterans Affairs Department exceed all Adolf Hitler's Auschwitz Death Camp murdered 920,000 Europeans and Jews, and exceed all the US Combat Military deaths of:

{1} US WW1 Combat dead: 40,000 dead US Troops

{2} US WW2 Combat dead: 280,000 dead US Troops

{3} US Korea Combat dead: 33,686  dead US Troops

{4} US Vietnam Combat dead: 58,000 dead US Troops

{5} US Civil War Union Army dead: 360,222 dead US Troops

31.}... . . It is known by US Law Enforcement Agencies that al-Queda Terrorists
are major Illicit Drug Suppliers to the United States Drug Culture; and, al Queda
uses it profits from US Drug sales to purchase weapons and operate Terrorism,
worldwide, including 'Large Scale Terrorism Drug Operations' inside Mexico and
United States to finance al Queda Terrorism. In fact, when President Trump
publicly commented that he was prepared to order US Forces to destroy
Terrorism Headquarter locations in Mexico, Trump commented that the
'Terrorists from Mexico' (presumably Trump was speaking of al Queda
Terrorists) inside the United States murdered "more than one hundred thousand
US American residents" in United States cities every year.

32.}... . . ¶ 1. Thus, in 10 years, 2010 – 2020,  of murdering
US HOMELAND Residents, the al Queda Terrorists from Mexico and Iran and
Syria and Libya and Middle East murder more than One Million US Residents
{1,000,000 al Queda Terrorist murdered Americans} each 10 year decade from
2001 to 2020, For 2 decades the total is 2 Million Al Queda
murdered HOMELAND Americans, inside the USA.

¶ 2. 1st Million Murders - Al Queda Murdered HOMELAND USA Americans: Decade
2011 - 2020: One Million body count of al Queda murdered Americans exceeds
the 720,000 body count of all US Soldiers killed in Combat of all the wars in US
History since the  US Civil War.

¶ 3. 2nd Million Murders - Al Queda Murdered HOMELAND USA Americans: Decade 2001 to 2010. The 2nd Al Queda Million Murders Body Count) Al Queda Murdered HOMELAND Americans: 2001 – 2010.

This One Million HOMELAND body count of al Queda murdered Americans exceeds the 720,000 body count of all US Soldiers killed in Combat of "all the wars in US History" since the US Civil War.

¶ 3. 720,000 is the Total Combat Deaths of All US Wars:

The 720,000 body count of all US Soldiers killed in Combat of "all the wars in US History" is 280,000 fewer than the one million al Queda murdered Americans who are terrorist murdered every ten year decade in the United States.

33.} . This astounding truth, first cited by President Trump, reveals that al Queda is successfully waging 'al Queda Asymmetric War,' without 'conventional military Artillary, Tank, Missile combat,' inside the United States by al Queda, a Terrorism Drug Army, successfully murdering one Million Americans every ten years and, in the process, al Queda influencing more than one million square miles of United States territory by al Queda means that in terms of "al Queda Asymetric Warfare," al Queda has "DEFEATED THE UNITED STATES 'Asymmetrically' in "Asymmetric Warfare" against the United States,  successfully murdering One Hundred Thousand Americans every year, whereby al Queda "INFLUENCES" approximately Two Thirds of the Urban City areas of the USA with al Queda Drug-Money Hired Foreign Mercenary Drug

Armies comprised of al Queda Immigrant non-US Citizens, who are equipped

by al Queda with firearms to threaten and murder US Citizens, who, according to

US President Donald Trump, are al Queda murdered at the rate of 100,000 US

Citizens destroyed by al Queda per year, on average, which totals One Million al

Queda operated Murders of US Citizens by al Queda in ten years.

In essence, the US Department of Veterans Affairs has killed US Veterans

numbering more than One Million at USVA Department Medical Centers than

Adolph Hitler murdered 920,000 Jews in Auschwitz Death Camp, WW2.

Auschwitz-Birkenau, Poland ; Belzec, Poland ; Bergen-Belsen, Germany;

Buchenwald, Germany; Chelmno, Poland ; Dachau, Germany; Majdanek, Poland;

Sobibor, Poland; Treblinka, Poland

18 USC § 2332A

https://www.thenational.ae/world/mena/un-team-investigating-isis-crimes-in-iraq-calls-for-nuremberg-style-hearings-1.892291

¶ 28.  3. {THREE} These 980,000 dead US Veterans denied timely medical

treatment since 1991 in the US Veterans Affairs Department exceed all

Adolf Hitler's Auschwitz Death Camp murdered 920,000 Europeans and Jews, and

exceed all the US Combat Military deaths of:

{1} US WW1 Combat dead: 40,000 dead US Troops

{2} US WW2 Combat dead: 280,000 dead US Troops

{3} US Korea Combat dead: 33,686  dead US Troops

{4} US Vietnam Combat dead: 58,000 dead US Troops

{5} US Civil War Union Army dead: 360,222 dead US Troops

{6} Total of Combat Dead US Military  for all US Wars is 701, 908 dead US Soldiers

{7} Total of 980,000 dead US Veterans denied timely medical treatment since

1991 in the US Veterans Affairs Department exceed all of 701, 908 US

Military Combat Dead for all US Wars.

{8} Total of 980,000 dead US Veterans denied timely medical treatment since

1991 in the US Veterans Affairs Department exceed President Trump's concern

for 350,000 US Veterans who died from denied Medical Treatment Care since

2005. President Trump's cited 350,000 US Veterans who died from denied Medical

Treatment Care since 2005 does not count the bodies of dead Veterans who died

since 1991 from delayed and denied medical treatment care at USVAMC hospitals

across the United States.

Each State must take State Grand Jury Action to "observe, hear, and decide"

what action will be taken to address continued US VA Medical Hospital Centers'

wrongful Homicidal Conditions in US VA Medical Centers that continue to

exceed said "Mass Murder Statistics" in each of Adolph Hitler's Auschwitz Death

Camps of World War 2 – Saxenhausen, Treblinka, Sobibor, must be addressed

by Grand Juries.

US VA Medical Center Homicide Conditions that continue to exceed "Death-

Statistics" in Adolph Hitler's Auschwitz Death Camps must be exhaustively and

ethically addressed by Grand Juries to an exacting mathematical degree. The

math of the US VA Medical Centers that continue to exceed "Mass Murder Statistics" in each of Adolph Hitler's Auschwitz Death Camps of World War 2 must be exhaustively examined until no stone is left unturned.

Us Veterans Affairs Secretary Erik Shinseki's Recognition That Agent Orange Did Cause Heart Damage of Us Vietnam Veterans:

Only during 2010 did US Veterans Affairs Secretary Erik Shinseki honestly and officially recognize the Damage inflicted on US Veterans Health by exposure to Agent Orange. This recognition that Agent Orange did cause Heart Damage of US Vietnam Veterans enraged many Congressmen and Politicians who did not want the US government to pay the bills for US Veterans Health damaged by exposure to Agent Orange in Vietnam.

Many US Congressmen publicly denounced that US Veterans would collect 'Damage Compensation' for their Agent Orange damaged Hearts and Agent Orange Diseases. The Agent Orange Manufacturers also maintained negative life-destroying silence ignoring US Veterans, operating as indifference to Agent Orange Chemical Poisoning in Vietnam that has caused the deaths of nearly Two Million US Veterans of Vietnam.

US Veterans Affairs Department Operation of this silence has produced a standing tactic of ignoring of Agent Orange Heart Damage in the US Veterans Affairs Department that has resulted in the Veterans Affairs Department also ignoring Agent Orange Heart Damaged Veterans and not providing Agent Orange Heart Damaged Veterans timely Medical Care at USVA Medical Centers, which has contributed to the untimely Agent Orange Deaths of nearly Two Million Agent Orange Heart Damaged Veterans of Vietnam, this situation compares in larger

numbers of total **US Veterans' Deaths exceeding the horrific Death Count of Europeans and Jews 'murdered' in 'Adolph-Hitler's-Auschwitz-Type-Death-Camps-of-WW2.'**

**Statistics" in each of Adolph Hitler's Auschwitz Death Camps of World War 2 – Saxenhausen, Treblinka, Sobibor, must be addressed by United States Grand Juries.**

**. . Said denial by US Veterans Affairs Department of 'timely medical Care to treat Agent Orange Chemical Poisoning of US Vietnam Veterans' has produced a death count of more US Veterans than Jews and Europeans murdered in 'Adolph-Hitler's-Auschwitz- Type-Death-Camps-of-WW2.'**

**List of Nazi extermination camps and euthanasia centers**

**https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centershttps://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centers**

**During the Final Solution of the Holocaust, Nazi Germany created six extermination camps to carry out the systematic genocide of the Jews in German-occupied Europe. All the camps were located in General Government area of German-occupied Poland with the exception of Chelmno which was located in the Reichsgau Wartheland of German-occupied Poland.**

**Chelmno (December 1941 – July 1944). Located near Chełmno nad Nerem (German: *Kulmhof*), 48 km (30 mi) northwest of the city of Łódź.[2]**

**Belzec (March 1942 – June 1943). Located near the village of Bełżec, approximately 114 km (71 mi) southeast of Lublin.[a][3]**

**Sobibor (May 1942 – November 1943). Located near the village of Sobibór, approximately 80 km (50 mi) east of Lublin.[4]**

**Treblinka (July 1942 – September 1943). Located near the village of Treblinka, approximately 80 kilometres (50 miles) northeast of Warsaw.[b][5]**

**Majdanek (October 1942 – July 1944). Located just outside the city of Lublin.[c][d][6]**

**Auschwitz-Birkenau (February 1942 – November 1944). Located near the village of Oświęcim (German: *Auschwitz*), 50 kilometres (31 mi) west of Kraków.[e][7]**

**https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_euthanasia_centers**

**Euthanasia extermination centers[edit]**

**In the period leading to the Final Solution, Nazi Germany created eight major euthanasia extermination centers to carry out the systematic genocide of the disabled.[8] Scholars have established a fundamental connection between the**

motivation, the practical experience and psychological preparation, and the
technology used in the Nazi euthanasia centers as part of Aktion T4 and Action
14f13 and the extermination camps used in the Holocaust.[9][10][11][12] The dates of
operation are for the period the facility operated as a euthanasia killing center.

Germany:

   Bernburg. Located in Saxony near Magdeburg.[f]

Brandenburg. Located near Berlin.

https://en.wikipedia.org/wiki/Bernburg_Euthanasia_Centre  A total of 9,384 sick
and handicapped people from 33 welfare institutions and nursing homes as well
as around 5,000 prisoners from six concentration camps were killed here in a gas
chamber using carbon monoxide gas.

        Grafeneck. Located in Gomadingen near Stuttgart.

        Hadamar. Located in Hessen near Frankfurt.[g]

        Sonnenstein. Located in Saxony near Dresden.

Austria:

        Am Spiegelgrund. Located in Vienna.

        Gugging. Located just outside Vienna.

Hartheim. Located near Linz.

https://en.wikipedia.org/wiki/List_of_Nazi_extermination_camps_and_eutha

nasia_cen

# APPENDIX #16, Exhibit #16: Email addresses of several

# parties of this litigation: Hugo.Martinez@va.gov,

roger.smith7@va.gov, sandra_espinoza@txs.uscourts.gov

# APPENDIX #17, Exhibit #17:

AO 240 (Rev. 07/10) Application to Proceed in District Court Without

Prepaying Fees or Costs (Short Form) UNITED STATES DISTRICT COURT for

the _Southern  District of Texas ) ) ) ) )

This Civil Lawsuit matter is also an 18 USC Counter-Terrorism Crime Report,

which is affected by United States code Title 18, Section 4, Misprision of

Felony, and  Title 18, Section 2382, Misprision of Treason, and Title 18,

Section 2339 A and Title 18, Section 2339 B, Counterterrorism Act,  and is

also submitted to the US Attorney General and to all fifty State Attorney

Generals in an effort to save lives of Terrorism Crime Victims and save lives

off US Ambassadors as compared to the murder of US Ambassador

Cristopher Stevens, in Benghazi, Libya, 2012. Any effort of any US

Government agency to limit or deny Plaintiff's efforts to submit these matters

to US Courts or to US law enforcement or to Fifty State Law Enforcement is an unconstitutional wrongdoing.

**AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) UNITED STATES DISTRICT COURT for the _Southern  District of Texas ) ) ) ) )** Plaintiff/Petitioner v. Civil Action No. REDACTED CASE B-21-148 , Defendant/Respondent APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form) I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. Plaintiff Kenneth MacKenzie is permanently one hundred percent (100%) disabled from Agent Orange related  Cancers and heart conditions.

 **In support of this application**, I answer the following questions under penalty of perjury: 1. If incarcerated. I am being held at: . If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. 2. If not incarcerated. If I am employed, my employer's name and address are: My gross **Disability Damage compensation pay or wages are: (1) LACERA, Los** Angeles County Public Entity,  $3,859. month, and my (2) US  Veterans Affairs

Department Agent Orange Damage Disability take-home pay or wages are: $3,889. month, per month (specify pay period: per month) . 3. Other Income. In the past 12 months, I have **"NOT"** received income from the following sources (check all that apply): (a) **No** Business, profession, or other self-employment ᴵ Yes ᴵ **No** (b) Rent payments, No interest, or No dividends ᴵ**No** (c) **No** Taxable Pension, **No** annuity, or **No** life insurance payments ' **Yes** ' received (d) **non taxable Disability,** or **worker's compensation payments from LACERA and US Veterans Affairs as previously indicated:** My gross **Disability Damage compensation pay or wages are: (1) LACERA, Los** Angeles County Public Entity, $3,859. month, and my (2) US Veterans Affairs Department Agent Orange Damage Disability take-home pay or wages are: $3,889. month, per month ' **No** (e) Gifts, or inheritances **No** (f) Any other sources **No.** If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future. AO 240 (Rev. 07/10) ; **Yes** ' received (d) **non taxable Disability,** or **worker's compensation payments from LACERA and US Veterans Affairs as previously indicated:** : (1) **LACERA, Los Angeles County Public Entity, $3,859. month, and my (2) US**

Veterans Affairs Department Agent Orange Damage Disability take-home pay or wages are: $3,889. month,  per month '

## Application to Proceed in District Court Without Prepaying

**Fees or Costs** (Short Form) 4. Amount of money that I have in cash or in a checking or savings account: $ 12,000. 5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value): 2007 Hummer SUV: $2000; Damaged 2016 Hyundai : $4,000. **Debts:** 2022 Hummer : $28,000 owed to Bank.

6. Any housing mortgage **Debts:**  at $146,000 at $800 month,, transportation **Debts:**  at $1,000 month, utilities **Debts:**  at $420 month, Credit  loan **Debt** payments$8000 owed as consequence of fraud , or other regular monthly expenses (describe and provide the amount of the monthly expense): 7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, Julieta Vasquez MacKenzie, WIFE, my relationship with each person, and how much I contribute to their support: I contribute to Julieta Vasquez MacKenzie, WIFE' support at approximately $80,000 per year as she is ill with Anxiety diagnosed and Heart condition and needs medical care obtained in Mexico.

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable): Declaration: I declare under penalty of perjury that the above

information is true and understand that a false statement may result in a

dismissal of my claims. Date: Applicant's signature Electronic Signature:

*Kenneth MacKenzie* , Printed name: Kenneth MacKenzie

## APPENDIX #18, Exhibit #18: